THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY TACONETTI, Appellant.— Judgment of the Court of Special Sessions of the

City of New York, Borough of Brooklyn, convicting defendant of a violation of section 483 of the Penal Law, modified on the facts by reducing the term of imprisonment to four months. As thus modified, the judgment is unanimously affirmed. In our opinion the sentence was excessive. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.